IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MCKAY** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION NO. 1:CV-08-1254 |
| | : | |
| v. | : | |
| | : | (Chief Judge Kane) |
| | : | |
| **LAW OFFICE OF JOHN P. FRYE,** | : | |
| **P.C., et al.** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW**, this 3RD day of September, 2008, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

s/ Yvette Kane
Yvette Kane, Chief Judge
Middle District of Pennsylvania
